IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS CROSLAND | : | |
| *Petitioner*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 03-1459 |
| | : | |
| DONALD T. VAUGHN, et al., | : | |
| *Respondents*. | : | |

# **ORDER**

**AND NOW**, this 31st day of October, 2019, upon consideration of Petitioner's Rule 60(b) Motion for Reconsideration (ECF No. 87), it is hereby **ORDERED** as follows:

1. Petitioner's Rule 60(b) Motion for Reconsideration is **DENIED**; and,

2. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
C. DARNELL JONES, II  J.